94 A.3d 908

THOMAS DEMARCO AND CYNTHIA DEMARCO, PLAINTIFFS–RE-
SPONDENTS, v. SEAN ROBERT STODDARD, D.P.M., INDIVID-
UALLY AND T/A CENTER FOR ADVANCED FOOT & ANKLE
CARE, INC., DEFENDANT, AND MEDICAL MALPRACTICE
JOINT UNDERWRITING ASSOCIATION OF RHODE ISLAND,
DEFENDANT–MOVANT.

June 23, 2014.

It is ORDERED that the motion for leave to appeal is granted.